UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN R. UMBARGER,

        Petitioner,

v.                                        Case No. 12-cv-15600
                                         Honorable Denise Page Hood

BUREAU OF IMMIGRATION
AND CUSTOMS ENFORCEMENT, *et al.,*

        Respondents.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date, July 31, 2013, this cause of action is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan this 31st day of July, 2013.


                                                       DAVID J. WEAVER
                                                       CLERK OF THE COURT

                                                       BY: s/LaShawn Saulsberry
                                                              Deputy Clerk

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE